# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**MARGARET S. BLAIR and**
**ROGER W. BLAIR**                                                                                  **PLAINTIFFS**

**v.**                            **Case No. 1:12-cv-00110 KGB**

**CROWN POINT RESORT, INC., et al.**                                                **DEFENDANTS**

## ORDER

Before the Court is the parties' joint motion to dismiss (Dkt. No. 69). Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the complaint in this matter is dismissed with prejudice. All other pending motions in this case are denied as moot.

SO ORDERED this 14th day of July, 2014.

_____
Kristine G. Baker
United States District Judge